GREGORY A. NYLEN (State Bar No. 151129)
DANIELLE N. DECOU (State Bar No. 208809)
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404
Telephone:   (310) 586-7700
Facsimile:    (310) 586-7800
nyleng@gtlaw.com
decoud@gtlaw.com

Attorneys for Plaintiffs
SPY OPTIC, INC. and
ORANGE 21, INC.

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SPY OPTIC, INC. a California corporation; and ORANGE 21, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>SOMOTTO TRADING CORPORATION, a California corporation; DAT NGUYEN, an individual; and DOES 1-10, inclusive,<br>　　　　　　Defendants. | Case No. CV06-6858 RGK (RZx)<br><br>**ORDER RE PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT** |

Plaintiffs Spy Optic, Inc. and Orange 21, Inc. (collectively "Plaintiffs") having commenced this action for an injunction and other relief against Defendants Somotto Trading Corporation and Dat Nguyen (collectively "Defendants"), pursuant to the Lanham Act, 15 U.S.C. §1051, *et seq*., as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473, 35 U.S.C. § 1, *et seq.*, California Business and Professions Code § 17200 and under the laws of the State of California, for the reason that Defendants appear to be engaged in manufacturing, importing, exporting, distributing, offering for sale and/or selling, among other things, products which bear counterfeits and/or imitations of Plaintiffs' trademarks as described and defined in the First Amended Complaint ("FAC") herein and in <u>Exhibit A</u> annexed hereto (collectively "Plaintiffs' Trademarks") and Plaintiffs' patents as described and defined in the ("FAC") and in <u>Exhibit B</u> annexed hereto (collectively "Plaintiffs' Patents"); and Defendants, having stipulated to entry of Permanent Injunction and Final Judgment;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Defendants, their corporate parents, subsidiaries, directors, officers, agents, servants, employees, representatives, confederates, and affiliates and any other persons or entities acting in concert or participation with it, are permanently enjoined and restrained from:

(a)   Using Plaintiffs' Trademarks and/or Patents or any reproduction, counterfeit, copy, or colorable imitation of Plaintiffs' Trademarks and/or Patents on or in connection with the manufacture, importation, exportation, trans-shipment, distribution, advertising, promotion, offer for sale and/or sale of sunglasses or other items that are not the genuine products of Plaintiffs (the "Infringing Products"), or in any manner likely to cause purchasers or prospective purchasers to believe that the Infringing Products are connected with Plaintiffs, or Plaintiffs' genuine products; and

(b)   Passing off, inducing, or enabling others to sell or pass off any sunglasses or other items that are not Plaintiffs' genuine products as and for Plaintiffs' genuine products; and

(c) Committing any other acts calculated to cause purchasers or prospective purchasers to believe the Infringing Products are Plaintiffs' genuine products unless they are such; and

(d) Making any representations, orally or in writing, to any member or segment of the public or the business or financial community that they are authorized, licensed or otherwise permitted by Plaintiffs to import, export, ship, deliver, distribute, offer for sale or sell Plaintiffs' genuine products; and

(e) Assisting, aiding, or abetting any other person or business entity, in engaging in or performing any of the activities referred to in the above subparagraphs (a) through (d); and it is further

**ORDERED,** that this Court has jurisdiction over the parties and the subject matter of the action. This Court shall retain jurisdiction to the extent necessary to enforce this Permanent Injunction and Final Judgment and the Settlement Agreement entered into by Plaintiffs and Defendants and to determine any issues that may arise under either; and it is further

**ORDERED**, that in the event Defendants violate this injunction, liquidated damages shall be and are hereby entered in the amount of Thirty-Thousand Dollars ($30,000.00).

**SO ORDERED**.

DATED: March 11, 2008          By: /s/ Gary Klausner
                                    R. Gary Klausner
                                    United States District Judge

# EXHIBIT A – SPY OPTIC, INC. AND ORANGE 21, INC.'S TRADEMARKS

Spy Optic, Inc. and Orange 21, Inc. (collectively "Plaintiffs") are the owners and/or the exclusive United States licensees of, *inter alia*, the entire right, title and interest in and to the following federally registered trademarks and pending trademark applications:

| UNITED STATES REG. NO./SER. NO. | MARK | REG. DATE/FILING DATE |
|---|---|---|
| 1,981,513 | SPY | June 18, 1996 |
| 1,989,431 | EYE SPY | July 30, 1996 |
| 2,010,835 | WINDOWS FOR YOUR HEAD | Oct. 22, 1996 |
| 2,092,022 | PLUS SYSTEM | August 26, 1997 |
| 2,137,853 | [trident design] | Feb. 17, 1998 |
| 2,146,655 | SCOOP | March 24, 1998 |
| 2,157,268 | [cross-shaped design] | May 12, 1998 |
| 2,191,358 | EPSION | Sept. 22, 1998 |
| 2,803,756 | METEOR | Jan. 6, 2004 |
| 78/475,973 | SPY | August 30, 2004 |
| 78/610,877 | [triangle with cross design] | April 18, 2005 |
| 78/612,228 | SELECTRON | April 19, 2005 |

4

[PROPOSED] ORDER RE PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT

*LA 127,239,123v1*

| | | | |
|---|---|---|---|
| 1 | 2,984,045 | DRI-FORCE | August 9, 2005 |
| 2 | 78/697,355 | SPY | August 22, 2005 |
| 3 | 78/782,289 | MOSAIC | Dec. 29, 2005 |
| 4 | 78/924,394 | APOLLO | July 7, 2006 |
| 5 | 78/949,540 | ZED | August 10, 2006 |
| 6 | 3,146,490 | ARC | Sept. 19, 2006 |
| 7 | 77/005,229 | PRODIGUS METAL ALLOY | Sept. 22, 2006 |
| 8 | 77/033,042 | [logo: cross with vertical bar] | Oct. 31, 2006 |
| 9 | 77/033,245 | SPY | Oct. 31, 2006 |
| 10 | 77/033,249 | SPY | Oct. 31, 2006 |
| 11 | 77/097,071 | [logo: SPY with orange cross] | Feb. 1, 2007 |
| 12 | 77/108,132 | BIAS | Feb. 15, 2007 |
| 13 | 3,218,701 | SPYOPTIC | March 13, 2007 |
| 14 | 77/146,273 | [logo: cross outline] | April 2, 2007 |
| 15 | 77/180,655 | LOGAN | May 14, 2007 |
| 16 | 77/181,129 | HSX | May 15, 2007 |
| 17 | 77/181,134 | MC2 | May 15, 2007 |
| 18 | 3,248,282 | DELTA PHOTOCHROMIC | May 29, 2007 |
| 19 | 77/197,062 | SPYOPTIC | June 4, 2007 |
| 20 | 77/220,285 | DECKER | July 2, 2007 |
| 21 | 77/220,332 | DOUBLE DECKER | July 2, 2007 |
| 22 | 77/220,359 | THRASH | July 2, 2007 |
| 23 | 77/220,370 | VIENTE | July 2, 2007 |

[PROPOSED] ORDER RE PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT

*LA 127,239,123v1*

| 77/231,448 | | July 17, 2007 |
|---|---|---|
| | | |

[PROPOSED] ORDER RE PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT
LA 127,239,123v1

**EXHIBIT B – SPY OPTIC, INC. AND ORANGE 21, INC.'S PATENTS**

Spy Optic, Inc. and Orange 21, Inc. (collectively "Plaintiffs") are the owners and/or the exclusive United States licensees of, *inter alia*, the entire right, title and interest in and to the following federally registered patents and pending patent applications:

| UNITED STATES REG. NO./SER. NO. | TITLE | REG. DATE/FILING DATE |
|---|---|---|
| D363,504 | Sunglass | Oct. 24, 1995 |
| D366,890 | Sunglass | Feb. 6, 1996 |
| D366,891 | Sunglass | Feb. 6, 1996 |
| D369,924 | Display Case | May 21, 1996 |
| 5,610,668 | Sport Sunglasses Resistant to Fogging | March 11, 1997 |
| D382,400 | Sunglass Case Design | August 19, 1997 |
| D383,602 | Polygonal Sunglass Case Design | Sept. 16, 1997 |
| D387,794 | Sunglasses | Dec. 16, 1997 |
| D389,852 | Sunglasses | Jan. 13, 1998 |
| D389,168 | Sunglasses | Jan. 13, 1998 |
| D388,815 | Sunglasses | Jan. 16, 1998 |
| D390,864 | Sunglass | Feb. 17, 1998 |
| D392,304 | Sunglasses | March 17, 1998 |
| D392,663 | Sunglasses | March 24, 1998 |
| D392,665 | Sunglass | March 24, 1998 |
| D393,867 | Sunglass | April 28, 1998 |
| D397,133 | Sunglass | August 18, 1998 |
| 5,801,805 | Sport Sunglasses Resistant to Fogging | Sept. 1, 1998 |
| D403,689 | Goggles | Jan. 5, 1999 |
| 5,898,468 | Fog Resistant Sunglasses Incorporating Ventilation Channels | April 27, 1999 |
| 6,050,684 | Fog Resistant Sunglasses Incorporating Ventilation Channels | April 18, 2000 |
| D470,882 | Meteor Design | Feb. 25, 2003 |
| 6,715,157 | Sports Goggle | April 6, 2004 |
| D534,573 | Sunglass | July 15, 2005 |
| 11/218,743 | Screen For Eye Protection Goggle | Sept. 2, 2005 |
| 11/376,890 | Apparatus and Methodology to Mitigate Fogging on Dual Lens Sports | March 16, 2006 |

|  |  |  |
|---|---|---|
|  | Goggle |  |
| 11/705,289 | Multi-Base Lens Goggle | Feb. 12, 2007 |
| 29/288,382 | Sunglass | June 8, 2007 |
| 29/288,381 | Sunglass | June 8, 2007 |
| 29/288,383 | Sunglass | June 8, 2007 |
| 29/288,390 | Sunglass | June 8, 2007 |
| D552,665 | Sunglass | Oct. 9, 2007 |
| D557,730 | Sunglass | Dec. 18, 2007 |
| D557,731 | Sunglass | Dec. 18, 2007 |

# PROOF OF SERVICE

**STATE OF CALIFORNIA,**

**COUNTY OF LOS ANGELES**

    I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400 East, Santa Monica, California  90404.**

    On October 18, 2007, I served the **SECOND AMENDED NOTICE OF DEPOSITION OF PERSON MOST KNOWLEDGEABLE OF SOMOTTO TRADING CORPORATION** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Kenneth Wilton, Esq.
Seyfarth Shaw
One Century Plaza, Suite 3300
2029 Century Park East
Los Angeles, CA 90067-3063
kwilton@seyfarth.com

☒ **(BY ELECTRONIC MAIL)**
    On October 18, 2007, I transmitted the foregoing document(s) by electronic mail to the electronic mail listed above.

    Executed on October 18, 2007, at Santa Monica, California.

☐ **(STATE)**     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**     I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

    Executed on October 18, 2007, at Santa Monica, California.

_____
Signature

ALMA R. RINCON
Print Name

*LA 127,209,329v3 2/22/2008*

9
[PROPOSED] ORDER RE PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT
LA 127,239,123v1